ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ALVIN DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 312-105 |
| FNU HALL, Sgt., et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Morales is **DISMISSED** from this case.

SO ORDERED this 22nd day of April, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE